JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

APRIL PITTS,

            Petitioner,

            vs.

DEBORAH JOHNSON, Warden,

            Respondent.

Case No.  CV14-06427-VAP (KES)

**JUDGMENT**

     Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 05, 2016_

_____

VIRGINIA A. PHILLIPS

CHIEF UNITED STATES DISTRICT JUDGE